# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: David T. Schultz |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:    20-cr-106 DWF/BRT |
| | ) | Date:    June 26, 2020 |
| Lamond Leroy McCabe, | ) | Video Conference |
| | ) | Time Commenced:    1:06 p.m. |
| Defendant, | ) | Time Concluded:    1:11 p.m. |
| | | Time in Court:    5 minutes |

APPEARANCES:

Plaintiff: Sarah Hudleston, Assistant U.S. Attorney
Defendant: Lisa Lopez, Assistant Federal Public Defender
    X FPD(initial appearance only)

Date Charges Filed: 6/10/2020          Offense: conspiracy to distribute cocaine; aiding and abetting possession of firearms in furtherance of drug trafficking

X Advised of Rights

on    X Indictment

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is June 30, 2020 at 3:00 p.m. via video conference before U.S. Magistrate Judge Hildy Bowbeer for:
  X Detention hrg        X Arraignment hrg

X Government moves to unseal the case.        X Granted

Additional Information:

X Defendant consents to this hearing via video conference.

                                                                    s/Janet Midtbo
                                                                    Signature of Courtroom Deputy