UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>(1) LAMOND LEROY MCCABE,<br>　　a/k/a "Pimp,"<br><br>▰▰▰▰▰▰▰▰▰▰▰▰<br><br>　　　　Defendants. | 20-cr-106 DWF/BRT<br><br>**INDICTMENT**<br><br>18 U.S.C. § 2<br>18 U.S.C. § 924(c)(1)(A)<br>18 U.S.C. § 924(d)(1)<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)<br>21 U.S.C. § 846<br>21 U.S.C. § 853<br>28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
**(Conspiracy To Distribute Controlled Substances)**

In or around March 2020, in the State and District of Minnesota, the defendants,

**LAMOND LEROY MCCABE,**
a/k/a "Pimp," and

▰▰▰▰▰▰▰▰▰▰▰▰

did knowingly and intentionally conspire together and with others to distribute controlled substances, specifically 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, and 280 grams or more of a mixture and substance containing a detectable amount of cocaine base, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

U.S. v. McCabe, et al.

## COUNT 2
**(Possession With Intent To Distribute Controlled Substances)**

On or about March 25, 2020, in the State and District of Minnesota, the defendants,

**LAMOND LEROY MCCABE,**
a/k/a "Pimp," and

█████████████████

aiding and abetting each other, did knowingly and intentionally possess with intent to distribute controlled substances, specifically 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, and 280 grams or more of a mixture and substance containing a detectable amount of cocaine base, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 3
**(Possession of Firearms In Furtherance of Drug Trafficking Crimes)**

On or about March 25, 2020, in the State and District of Minnesota, the defendants,

**LAMOND LEROY MCCABE,**
a/k/a "Pimp," and

█████████████████

aiding and abetting each other, did knowingly and intentionally, and in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, namely, conspiracy to distribute controlled substances and possession with intent to distribute controlled substances as charged in Counts 1 and 2 of this Indictment, did possess firearms, namely a Colt MK-IV series 80 semi-automatic pistol (serial number SS06032),

U.S. v. McCabe, et al.

and a Kimber 9 millimeter Solo Carry STS semi-automatic pistol (serial number S1111058), all in violation of Title 18, United States Code, Section 924(c)(1)(A), and Title 18, United States Code, Section 2.

## **FORFEITURE ALLEGATIONS**

Counts 1-3 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures.

If convicted of the offense alleged in Count 1 and/or Count 2 of this Indictment, the defendants shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any and all property constituting, or derived from, any proceeds the defendants obtained directly or indirectly as a result of said violations, and any and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of said violations, including but not limited to the following property seized on or about March 25, 2020: approximately $9,250 in cash seized from defendant MCCABE's person; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; and approximately $2,190 in cash seized from defendant MCCABE's residence in Monticello, Minnesota.

If convicted of any of the offense alleged in Counts 1-3 of this Indictment, the defendants shall forfeit to the United States any firearms, accessories and ammunition involved in or used in connection with the violation including but not limited to a Colt MK-IV series 80 semi-automatic pistol (serial number SS06032), and a Kimber 9 millimeter Solo Carry STS semi-automatic pistol (serial number S1111058), pursuant to Title 18,

3

U.S. v. McCabe, et al.

United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                    FOREPERSON