# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## CRIMINAL MOTION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Becky R. Thorson |
| | U.S. Magistrate Judge |
| v. | |
| | Case No: 20-cr-106 (DWF/BRT) |
| (1) Lamond Leroy McCabe, | Date: October 16, 2020 |
| also known as Pimp; and | Court Reporter: Maria Weinbeck |
| (2) Mario Jermaine Rolack, | Location: Devitt, St. Paul, MN |
| also known as Rio, | Time Commenced: 2:10 pm |
| | Time Concluded: 4:17 pm |
| | Time in Court: 2 Hours & 7 Minutes |
| Defendants. | Hearing Type: Evidentiary |

APPEARANCES BY ELECTRONIC MEANS:

For Plaintiff: Ruth Shnider, Esq., Assistant U.S. Attorney
For Defendant McCabe (1): Robert J. Shane, Esq., Retained
For Defendant Rolack (2): Deborah K. Ellis, Esq, CJA

Interpreter / Language: n/a

WITHDRAWN MOTIONS: n/a

Deft(s). addtl briefs due: **December 14, 2020**   Govt. addl briefs due: **December 30, 2020**

Non-Dispositive motions taken under advisement as of today: **20, 21, 39, 54, 55, 56**
Dispositive motions taken under advisement as of **12/30/2020**: **29, 30, 31, 32, 33, 53**

☒ ORDER TO BE ISSUED   ☐ NO ORDER TO BE ISSUED   ☒ R&R TO BE ISSUED   ☐ NO R&R TO BE ISSUED

☒ Exhibits retained by the Court   ☐ Exhibits returned to counsel   ☐ Text order to be entered by Clerk's Office

Reset Hearings:
Voir Dire/Jury Instruction/Trial Date: to be determined

Additional Information:
Five hearing exhibits were received; Minneapolis Police Sergeant Darcy Klund testified.

s/Danielle M. Mair
Signature of Law Clerk